UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CIVIL ACTION NO. 3:04CV-614-H

HALICY ROBERT WHEATLEY,
Individually and as the Administrator of the
ESTATE OF ALICE M. WHEATLEY, deceased								PLAINTIFF

V.

METROPOLITAN LIFE INSURANCE COMPANY,
VERIZON COMMUNICATIONS [SIC],
ANTHONY B. DOUGLAS, and
CARL NORRIS												DEFENDANTS

**MEMORANDUM AND ORDER**

This matter is before the Court on the Plaintiff's motion to set aside the Memorandum and Order. This Court has already determined that Verizon's failure to respond was due to excusable neglect. The Court believes that the interests of justice are served by resolving this case on its merits rather than on the basis of a temporary default.

Being otherwise sufficiently advised,

IT IS HEREBY ORDERED that Plaintiff's motion is DENIED.

cc:     Counsel of Record